## ESTATE OF SMITH v. UNDERWOOD

No. 437P97

Case below: 127 N.C.App. 1

Motion by plaintiff to dismiss denied 6 November 1997. Petition by defendant (Underwood) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## FOUST v. CAMERON

No. 433P97

Case below: 127 N.C.App. 44

Petition by petitioners (Norman and Foust) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997. Motion by Attorney General to dismiss appeal allowed 6 November 1997.

## FRANKLIN CREDIT RECOVERY FUND v. HUBER

No. 447P97

Case below: 127 N.C.App. 187

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## FUTRELLE v. DUKE UNIVERSITY

No. 478P97

Case below: 127 N.C.App. 244

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

## GRAINGER v. FREIBERGER ARCHITECTURAL SERVICES

No. 499P97

Case below: 127 N.C.App. 555

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.